IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Crump, Viki L | Case Number: 04 B 02651 |
| | Judge: Wedoff, Eugene R |
| Printed: 4/8/08 | Filed: 1/23/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: March 20, 2008
Confirmed: March 11, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 14,341.00 | |
| Secured: | | 7,685.61 |
| Unsecured: | | 2,711.22 |
| Priority: | | 0.00 |
| Administrative: | | 2,910.00 |
| Trustee Fee: | | 731.69 |
| Other Funds: | | 302.48 |
| Totals: | 14,341.00 | 14,341.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 2,910.00 | 2,910.00 |
| 2. | Credit Acceptance Corp | Secured | 7,685.61 | 7,685.61 |
| 3. | City Financial Corp | Unsecured | 72.69 | 72.69 |
| 4. | Cavalry Portfolio Services | Unsecured | 979.49 | 979.49 |
| 5. | Financial Credit Corp | Unsecured | 148.99 | 148.99 |
| 6. | United States Dept Of Education | Unsecured | 134.18 | 134.18 |
| 7. | Charming Shoppes-Fashion Bug | Unsecured | 19.48 | 19.48 |
| 8. | Specialized Management Consultants | Unsecured | 79.25 | 79.25 |
| 9. | RoundUp Funding LLC | Unsecured | 68.92 | 68.92 |
| 10. | Credit Acceptance Corp | Unsecured | 380.21 | 380.21 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 533.00 | 533.00 |
| 12. | Long Beach Acceptance Corp | Unsecured | 820.85 | 0.00 |
| 13. | Peoples Energy Corp | Unsecured | 152.38 | 152.38 |
| 14. | State of Illinois | Unsecured | 142.63 | 142.63 |
| 15. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 16. | Associated Creditor Exchange | Unsecured | | No Claim Filed |
| 17. | ACC International | Unsecured | | No Claim Filed |
| 18. | American Collection Corp | Unsecured | | No Claim Filed |
| 19. | AT&T | Unsecured | | No Claim Filed |
| 20. | BP Amoco | Unsecured | | No Claim Filed |
| 21. | Capital One | Unsecured | | No Claim Filed |
| 22. | Cingular Wireless | Unsecured | | No Claim Filed |
| 23. | Collection Company Of America | Unsecured | | No Claim Filed |
| 24. | GPO | Unsecured | | No Claim Filed |
| 25. | Park Dansan | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Crump, Viki L

Printed: 4/8/08

Case Number: 04 B 02651
Judge: Wedoff, Eugene R
Filed: 1/23/04

| | | | |
|---|---|---|---|
| 26. Discover Financial Services | Unsecured | | No Claim Filed |
| 27. Inovision | Unsecured | | No Claim Filed |
| 28. Marlinit | Unsecured | | No Claim Filed |
| 29. Medical Collections | Unsecured | | No Claim Filed |
| 30. Tax Masters | Unsecured | | No Claim Filed |
| 31. Montgomery Ward & Co Inc | Unsecured | | No Claim Filed |
| | | $ 14,127.68 | $ 13,306.83 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 7% | 67.27 |
| 4% | 51.20 |
| 6.5% | 163.20 |
| 3% | 23.99 |
| 5.5% | 167.20 |
| 5% | 48.00 |
| 4.8% | 91.93 |
| 5.4% | 118.90 |
| | $ 731.69 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ M Mach_____